**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO MENJIVAR, NANA I AM, ) | No. CV 15-7976 FMO (AS) |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |
| v. ) | |
| WELLS FARGO BANK NA, et al., ) | |
| Defendants. ) | |

On October 9, 2015, Plaintiffs Eduardo Menjivar and Nana I Am filed a pro se Complaint pursuant to various federal and state laws, including 42 U.S.C. §§ 1981, 1983 and 1985. (Docket Entry No. 1). Plaintiffs named as Defendants: (1) Wells Fargo Bank, NA; (2) Genesis Capital Master Fund III, LLC; (3) Regional Trustee Service Corporation; (4) East End Properties, Inc.; (5) Daniel Argento, an individual associated with East End Properties, Inc.; (6) the Los Angeles Police Department; and (7) "All Persons Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud

On Plaintiff's Title Thereto." (Id. at 1, 7-8).[1] Plaintiffs also named ten Doe defendants. (Id. at 1, 9). Plaintiffs alleged that Defendants had publicly recorded fraudulent documents purporting to convey to Defendants title to or an interest in Plaintiffs' real property. (Id. at 10).

Several of the claims in the Complaint were not cognizable as pled and, on April 28, 2016, the Court issued an order identifying the Complaint's deficiencies and dismissing the Complaint with leave to amend. (Docket Entry No. 8). A First Amended Complaint was due May 31, 2016.[2]

To date, Plaintiffs have failed to file a First Amended Complaint or communicate with the Court in any way. Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than **Friday, July 22, 2016**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order. This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading, or upon the filing of a declaration under penalty of perjury stating why Plaintiffs are unable to file a First Amended Complaint.

---

[1] For ease of reference, the Court cites the Complaint and its attached exhibits as though they constitute one continuously paginated document.

[2] A First Amended Complaint was due within 30 days of the Court's order of dismissal. (Docket Entry No. 8 at 11-12). Because the deadline set by the order fell on a Saturday, and May 30, 2016 was Memorial Day, a First Amended Complaint was due May 31, 2016. See Fed. R. Civ. P. 6(a)(1)(C).

If Plaintiffs no longer wish to pursue this action, they may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiffs' convenience. Plaintiffs are warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed <u>with prejudice</u> under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

IT IS SO ORDERED.

Dated: July 1, 2016.

/s/<br>ALKA SAGAR<br>United States Magistrate Judge