1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDUARDO MENJIVAR, NANA I AM,    )   NO. CV 15-7976-FMO (AS)
                                )
                                )
            Plaintiff,          )
                                )        **JUDGMENT**
        v.                      )
                                )
WELLS FARGO BANK NA, et. al.,   )
                                )
            Defendants.         )
_____)

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: October 17, 2016.


                                    /s/
                        _____
                            FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE